UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  3:10-bk-07835-JAF

STEVEN P OZGOWICZ and  Chapter 13
SUSAN M OZGOWICZ
_____Debtors____/

## ORDER DISMISSING CHAPTER 13 CASE
## FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS

The Trustee filed a Motion to Dismiss this case for failure of the Debtors to make confirmed plan payments as required by 11 U.S.C. § 1326(a)(1) of the Bankruptcy Code. The Court entered an Order on September 9, 2011 giving the Debtors sixty (60) days to bring all payments current and continue making their monthly payments, failing which the Trustee was to file an Affidavit of Default. As evidenced by the Affidavit of the Trustee, the Debtors have failed to comply with the terms of the Order.

Accordingly

**IT IS ORDERED**:

1. This case is dismissed without prejudice and the automatic stay imposed by 11 U.S.C.§362 and the stay of action against co-debtor by 11 U.S.C.§1301 are lifted subject to paragraph 3 below.

2. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

3. **The effective date of this order is delayed fourteen (14) days to permit the Debtors to convert this case to another chapter under the Bankruptcy Code, if the Debtors wish to do so.**

4. All pending Chapter 13 hearings are canceled, except for any Order to Show Cause hearings the Court has set.

DATED this November ___16___, 2011 in Jacksonville, Florida.

**JERRY A. FUNK**
**United States Bankruptcy Judge**

Copies to:
All Interested Parties